UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN DOE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL CASE NO. 3:12-cv-00903 |
| | ) |
| v. | ) JUDGE ALETA A. TRAUGER |
| | ) MAGISTRATE JUDGE BRYANT |
| DIABETES CARE CLUB and SIMPLEX HEALTHCARE, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The seal on this action shall be lifted;

2. All filings in this action, with the exception of those specified in Paragraph Three, below, shall be unsealed and the Complaint shall be served upon Defendants by the Relator;

3. The United States' Memoranda in Support of its Motions for Extension of Time to Consider Intervention (Docket Entry Nos. 9, 16, 23, 27 and 32) shall remain under seal and not be made public or served upon Defendant;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States is entitled to attend any depositions in this action, and may order any deposition transcripts and copies of any discovery exchanged. The United States is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should Relator not immediately seek dismissal of this action without prejudice, the Court will solicit the written consent of the United States before ruling or granting its approval of any proposal by relators or defendants that this action be dismissed, settled, or otherwise discontinued.

**IT IS SO ORDERED.**

This  29th  day of         August                , 2014.

_____
ALETA A. TRAUGER
United States District Judge